CHARLES MACK, an Infant, by WILLIAM MACK, His Guardian ad Litem, et al., Respondents, v. NEW YORK PROTESTANT EPISCOPAL MISSION SOCIETY, Appellant.

(Submitted October 19, 1932; decided November 22, 1932.)

*James J. Mahoney* and *George J. Stacy* for appellant.
*Milton Speiser* and *Joseph Speiser* for respondents.

Judgment of the Appellate Division and that of the Trial Term reversed, and complaint dismissed, with costs

in all courts. *Held*, that plaintiff failed to establish negligence of the defendant. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.